## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel John McLean Jr.<br>    aka Daniel J. McLean, Jr.<br>    Tanya Lynn McLean<br>    aka Tanya Lynn Hosier<br>    aka Tonya L. Hosier<br>    aka Tanya L. McLean<br><br>                  **Debtor** | BK NO. 19-01880 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Toyota Lease Trust and index same on the master mailing list.

                                                    Respectfully submitted,

                                                    **/s/ James C. Warmbrodt, Esquire**
                                                    James C. Warmbrodt, Esquire
                                                    KML Law Group, P.C.
                                                    BNY Mellon Independence Center
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA  19106
                                                    215-627-1322