UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 19-01880-MJC |
| TANYA LYNN MCLEAN AND ) | CHAPTER 13 |
| DANIEL JOHN MCLEAN, JR. ) | |
| DEBTORS ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 1366 R TWIN CREST DR, LEHIGHTON, PA 18235 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******8230**

NOW COMES Nationstar Mortgage LLC d/b/a Mr. Cooper, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Mario Hanyon
Brock and Scott, PLLC
Attorneys at Law
8757 Red Oak Blvd.
Charlotte, NC 28217
PABKR@brockandscott.com

Mr. Cooper
8950 Cypress Waters Boulevard
Coppell, Texas 75019

Please take notice that the undersigned hereby appears as counsel for Nationstar Mortgage LLC d/b/a Mr. Cooper pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited

22-05607 BKSUP01

 

representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/ Mario Hanyon
Mario Hanyon
Attorney at Law (203993)
Brock & Scott, PLLC
8757 Red Oak Blvd.
Charlotte, NC 28217
844-856-6646 x4560
704-369-0760
PABKR@brockandscott.com

22-05607 BKSUP01