## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   DANIEL JOHN MCLEAN, JR.
         DANIEL J. MCLEAN, JR.
         TANYA LYNN MCLEAN
         TANYA LYNN HOSIER, TONYA
         L. HOSIER, TANYA L. MCLEAN        CHAPTER 13
                              Debtor(s)

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                      Movant        CASE NO: 5-19-01880-MJC
         vs.

         DANIEL JOHN MCLEAN, JR. etal.
                    Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on August 8, 2022, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


Dated:    August 8, 2022            Respectfully submitted,

                                  /s/   Agatha R. McHale, Esquire
                                  ID:  47613
                                  Attorney for Movant
                                  Jack N. Zaharopoulos, Trustee
                                  Standing Chapter 13 Trustee
                                  8125 Adams Drive, Suite A
                                  Hummelstown, PA 17036
                                  Phone:  (717) 566-6097
                                  email:  amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   DANIEL JOHN MCLEAN, JR.
         DANIEL J. MCLEAN, JR.
         TANYA LYNN MCLEAN
         TANYA LYNN HOSIER, TONYA
         L. HOSIER, TANYA L. MCLEAN        CHAPTER 13
                         Debtor(s)

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                     Movant        CASE NO: 5-19-01880-MJC
         vs.

         DANIEL JOHN MCLEAN, JR. etal.
                   Respondent(s)

**<u>NOTICE</u>**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

        September 1, 2022 at 09:30 AM
        U.S. Bankruptcy Court
        Max Rosenn U.S. Courthouse
        197 S. Main Street
        Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
      **AMOUNT DELINQUENT AS OF LAST MONTH: $ 1,368.68**
      **AMOUNT DUE FOR THIS MONTH: $352.74**
      **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $1,721.42**

**NOTE:**
      **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

      **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to:
        **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment tobe applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:   August 8, 2022               Respectfully submitted,

                                      /s/   Agatha R. McHale, Esquire
                                      ID:  47613
                                      Attorney for Movant
                                      Jack N. Zaharopoulos, Trustee
                                      Standing Chapter 13 Trustee
                                      8125 Adams Drive, Suite A
                                      Hummelstown, PA 17036
                                      Phone:  (717) 566-6097
                                      email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   DANIEL JOHN MCLEAN, JR.
        DANIEL J. MCLEAN, JR.
        TANYA LYNN MCLEAN
        TANYA LYNN HOSIER, TONYA
        L. HOSIER, TANYA L. MCLEAN                    CHAPTER 13
                        Debtor(s)

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
                        Movant              CASE NO: 5-19-01880-MJC
        vs.

        DANIEL JOHN MCLEAN, JR. etal.
                        Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 8, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

JASON M. RAPA, ESQUIRE
141 S. 1ST STREET
LEHIGHTON PA  18235-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA  17101

Served by First Class Mail

DANIEL JOHN MCLEAN, JR.

TANYA LYNN MCLEAN
1366 R TWIN CREST DRIVE
LEHIGHTON  PA  18235

I certify under penalty of perjury that the foregoing is true and correct.

Date:  August 8, 2022

                            /s/  Matt Arcuri
                            Office of the Standing Chapter 13 Trustee
                            Jack N. Zaharopoulos, Trustee
                            Suite A, 8125 Adams Dr.
                            Hummelstown, PA  17036
                            Phone:  (717) 566-6097
                            email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    DANIEL JOHN MCLEAN, JR.
            AKA: DANIEL J. MCLEAN, JR.
            TANYA LYNN MCLEAN
            AKA: TANYA LYNN HOSIER,
            TONYA L. HOSIER, TANYA L.
            MCLEAN

                                      CHAPTER 13

            Debtor(s)

            JACK N. ZAHAROPOULOS
            CHAPTER 13 TRUSTEE
                  Movant                  CASE NO: 5-19-01880-MJC

            vs.

            DANIEL JOHN MCLEAN, JR.
            AKA: DANIEL J. MCLEAN, JR.
            TANYA LYNN MCLEAN
            AKA: TANYA LYNN HOSIER,
            TONYA L. HOSIER, TANYA L.
            MCLEAN

**ORDER DISMSSING CASE**

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.