LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Daniel John McLean, Jr. and Tanya Lynn McLean :  CHAPTER __13__

CASE NO. _5_-_19_-bk-_01880-MJC_

**Debtor(s)**
Nationstar Mortgage LLC d/b/a Mr. Cooper LLC, : ADVERSARY NO. __-__ ap-_____
or its Successor or Assignee                    (if applicable)

**Plaintiff(s)/Movant(s)**
vs.
Daniel John McLean, Jr. and Tanya Lynn     Nature of Proceeding: Hearing on Motion
McLean, Debtors
Jack N Zaharopoulos, Trustee               For Relief

Document #: 64

**Defendant(s)/Respondent(s)**

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
The parties are trying to settle the motion and need additional time to determine if the matter can be resolved, and are requesting a thirty-day adjournment

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: July 6, 2023         /s/ Andrew M. Lubin

                            Attorney for Movant
                            Name: Andrew M. Lubin
                            Phone Number: 856-833-4808

---

[1] No alterations or interlineations of this document are permitted.