IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE: )
)
DANIEL JOHN MCLEAN, JR. ) Chapter 13
TANYA LYNN MCLEAN )
**Debtor(s)** ) Case No.: 5:21-bk-01880-(MJC)
)
)
)
)

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on July 7, 2023, I served a copy of the Request To Relist Matter For a Hearing to the following parties in this matter:

| Name and Address | Mode Of Service |
|---|---|
| Debtors | Regular Mail |
| Daniel and Tanya McLean | |
| 1366 R Twin Crest Drive | |
| Lehighton, PA 18235 | |

The following parties were served with the Request via electronic means on July 7, 2023:

Debtors' Attorney
Jason M. Rapa, Esq.
Rapa Law Office, PC
141 South 1st Street
Lehighton, PA 18235

Trustee
Jack N. Zaharopoulos
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

I certify under penalty of perjury that the foregoing is true and correct.

Date: 7/7/23

/s/ William E. Craig
William E. Craig
Morton & Craig LLC
110 Marter Ave., Suite 301
Moorestown, NJ 08057
(856) 866-0100
Bar I.D. 92329 - Pennsylvania