**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: <br> Daniel John McLean, Jr. and Tanya Lynn McLean <br><br> **Debtor(s)** <br> Nationstar Mortgage LLC d/b/a Mr. Cooper, or its Successor or Assignee <br><br> **Plaintiff(s)/Movant(s)** <br> vs. <br> Daniel John McLean, Jr. and Tanya Lynn McLean, Jack N Zaharopoulos, Capter 13 Trustee <br><br> **Defendant(s)/Respondent(s)** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CHAPTER  13 <br><br> CASE NO.  5 - 19 -bk- 01880-MJC <br><br> ADVERSARY NO.  __-__-ap-_____ <br> (if applicable) <br><br> Nature of Proceeding: Hearing <br><br> Pleading: Motion For Relief <br><br> Document #: 64 |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

[ ]  The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[✓]  The undersigned counsel certifies as follows:

(1)  A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
   [ ]  Thirty (30) days.
   [✓]  Forty-five (45) days.
   [ ]  Sixty (60) days.

(2)  If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3)  Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: August 28, 2023     /s/ Andrew M. Lubin
                           Attorney for Movant

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.