United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-01880-MJC |
| Daniel John McLean, Jr. | Chapter 13 |
| Tanya Lynn McLean | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Oct 13, 2023      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Andrew M. Lubin, McCabe, Weisberg & Conway LLC, 216 Haddon Ave., Suite 201, Westmont, NJ 08108-2818 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Brian C Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com cistewart@logs.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| Jason M Rapa | |

| Name | Description |
|---|---|
| Jason M Rapa | on behalf of Debtor 2 Tanya Lynn McLean jrapa@rapalegal.com secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com |
| | on behalf of Debtor 1 Daniel John McLean Jr. jrapa@rapalegal.com, secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfmail@mwc-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Daniel John McLean, Jr. aka Daniel J. McLean, Jr. and Tanya Lynn McLean aka Tanya Lynn Hosier aka Tonya L. Hosier aka Tanya L. McLean<br>Debtors<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper as successor by merger to Pacific Union Financial, LLC, or its Successor or Assignee<br>Movant<br>vs.<br><br>Daniel John McLean, Jr. aka Daniel J. McLean, Jr. and Tanya Lynn McLean aka Tanya Lynn Hosier aka Tonya L. Hosier aka Tanya L. McLean<br>Jack N Zaharopoulos<br>Respondents | Chapter 13<br><br>Bankruptcy No. 5:19-bk-01880-MJC |

## ORDER

Upon consideration of the Stipulation filed at Dkt. # 79 in the above-captioned case ("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 13, 2023