# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: DANIEL JOHN MCLEAN, JR.<br>DANIEL J. MCLEAN, JR.<br>TANYA LYNN MCLEAN<br>TANYA LYNN HOSIER, TONYA<br>L. HOSIER, TANYA L. MCLEAN<br>     Debtor(s) | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>     Movant<br>vs.<br>DANIEL JOHN MCLEAN, JR.<br>DANIEL J. MCLEAN, JR.<br>TANYA LYNN MCLEAN<br>TANYA LYNN HOSIER, TONYA<br>L. HOSIER, TANYA L. MCLEAN<br>     Respondent(s) | CASE NO: 5-19-01880-MJC |

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on November 16, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated: November 16, 2023      Respectfully submitted,

                      /s/ Agatha R. McHale, Esquire
                      ID: 47613
                      Attorney for Movant
                      Jack N. Zaharopoulos
                      Standing Chapter 13 Trustee
                      Suite A, 8125 Adams Drive
                      Hummelstown, PA 17036
                      Phone: (717) 566-6097
                      email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: DANIEL JOHN MCLEAN, JR.
DANIEL J. MCLEAN, JR.
TANYA LYNN MCLEAN
TANYA LYNN HOSIER, TONYA
L. HOSIER, TANYA L. MCLEAN   CHAPTER 13
        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant   CASE NO: 5-19-01880-MJC
vs.
DANIEL JOHN MCLEAN, JR.
DANIEL J. MCLEAN, JR.
TANYA LYNN MCLEAN
TANYA LYNN HOSIER, TONYA
L. HOSIER, TANYA L. MCLEAN
        Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

    December 14, 2023 at 10:00 AM
    U.S. Bankruptcy Court
    Max Rosenn U.S. Courthouse
    197 S. Main Street
    Wilkes Barre, PA   18701

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
    **AMOUNT DELINQUENT AS OF LAST MONTH: $ 1,354.78**
    **AMOUNT DUE FOR THIS MONTH: $352.74**
    **TOTAL AMOUNT DUE BEFORE HEARING DATE: $1,707.52**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case**

**If submitting payment by U.S. First Class Mail** mail to**:**
   CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:   November 16, 2023

Respectfully submitted,

/s/   Agatha R. McHale, Esquire
ID:  47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: DANIEL JOHN MCLEAN, JR.<br>DANIEL J. MCLEAN, JR.<br>TANYA LYNN MCLEAN<br>TANYA LYNN HOSIER, TONYA<br>L. HOSIER, TANYA L. MCLEAN<br>                Debtor(s) | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>                Movant<br>vs.<br>DANIEL JOHN MCLEAN, JR.<br>DANIEL J. MCLEAN, JR.<br>TANYA LYNN MCLEAN<br>TANYA LYNN HOSIER, TONYA<br>L. HOSIER, TANYA L. MCLEAN<br>                Respondent(s) | CASE NO: 5-19-01880-MJC |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 16, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

JASON M. RAPA, ESQUIRE
141 S. 1ST STREET
LEHIGHTON PA  18235-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

Case 5:19-bk-01880-MJC   Doc 82   Filed 11/16/23   Entered 11/16/23 10:00:39   Desc
Page 4 of 6

SERVED BY FIRST CLASS MAIL

DANIEL JOHN MCLEAN, JR.
TANYA LYNN MCLEAN
1366 R TWIN CREST DRIVE
LEHIGHTON  PA   18235

I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 16, 2023

/s/ Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DANIEL JOHN MCLEAN, JR.
AKA: DANIEL J. MCLEAN, JR.
TANYA LYNN MCLEAN
AKA: TANYA LYNN HOSIER,
TONYA L. HOSIER, TANYA L.
MCLEAN

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-19-01880-MJC

vs.

DANIEL JOHN MCLEAN, JR.
AKA: DANIEL J. MCLEAN, JR.
TANYA LYNN MCLEAN
AKA: TANYA LYNN HOSIER,
TONYA L. HOSIER, TANYA L.
MCLEAN

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.