UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DANIEL JOHN MCLEAN, JR. | : | |
| TANYA LYNN MCLEAN | : | |
|     Debtor(s) | : | CASE NO. 5:19-bk-01880-MJC |
| | : | |
| JACK N. ZAHAROPOLOUS | : | |
| CHAPTER 13 TRUSTEE | : | |
|     Movant | : | |
| | : | |
| vs | : | |
| | : | |
| DANIEL JOHN MCLEAN, JR. | : | |
| TANYA LYNN MCLEAN | : | |
|     Respondent(s) | : | |

## **CERTIFICATE OF DEFAULT**

AND NOW on April 29, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that Debtor(s) entered into a Stipulation on December 15, 2023 ("the Stipulation") to resolve Trustee's Motion to Dismiss for Material Default, and subsequently, Debtor(s) defaulted on the Stipulation by failing to:

1. Make the regular monthly payments to the Trustee during the remaining term of the Plan; and

2. Pay arrears within 90 days of the date of the filling of the Stipulation.

As of April 29, 2024, the Debtor(s) is/are $1,668.48 in arrears with a Plan Payment having last been made on February 27, 2024.

In accordance with the Stipulation, the case may be dismissed.

Date: April 29, 2024

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 29, 2024, I served a copy of this Certificate of Default on the following parties by First Class Mail from Hummelstown, PA, unless served electronically.

Served Electronically
JASON M. RAPA, ESQUIRE
141 S. 1ST STREET
LEHIGHTON, PA 18235
Attorney for Debtor(s)

UNITED STATED TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class Mail
DANIEL JOHN MCLEAN, JR.
TANYA LYNN MCLEAN
1366 R TWIN CREST DRIVE
LEHIGHTON, PA 18235
Debtor(s)

/s/Tammy Life
Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: tlife@pamd13trustee.com