United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Daniel John McLean, Jr.  
Tanya Lynn McLean  
    Debtors

Case No. 19-01880-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4  
Date Rcvd: May 03, 2024      Form ID: pdf010      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel John McLean, Jr., Tanya Lynn McLean, 1366 R Twin Crest Drive, Lehighton, PA 18235-9553 |
| 5207575 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5193207 | + | Childrens Dental Health Associates, 1685 Crown Ave, Lancaster, PA 17601-6321 |
| 5193213 | + | Gnaden Huetten Hospital, 211 N 12th St,, Lehighton, PA 18235-1138 |
| 5193221 | + | LVNV Funding, 700 Executive Center Drive, Greenville, SC 29615-4521 |
| 5193224 | + | McCabe Weisberg & Conway, 123 South Broad St Ste 1400, Philadelphia, PA 19109-1060 |
| 5195519 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 5193231 | + | Progressive Physicians Associates, PO Box 4338, Columbus, GA 31914-0338 |
| 5193234 | + | St. Lukes University Health Network, 801 Ostrum St,, Bethlehem, PA 18015-1000 |
| 5193236 | + | Steigerwalt Chiropractic, 1736 Blakeslee Blvd Drive W, Lehighton, PA 18235-9730 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 03 2024 18:43:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5193201 | | Email/Text: ebn@americollect.com | May 03 2024 18:32:00 | Americollect Inc, 1851 S Alverno Rd.,, Manitowoc, WI 54220 |
| 5193202 | | Email/Text: collectors@arresourcesinc.com | May 03 2024 18:32:00 | AR Resources Inc, 1777 Sentry Pkwy W., Blue Bell, PA 19422 |
| 5193203 | + | Email/Text: bankruptcy@usecapital.com | May 03 2024 18:32:00 | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 5193204 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 03 2024 18:43:06 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5207575 | ^ | MEBN | May 03 2024 18:30:42 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5193208 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2024 18:32:00 | Comenity Bank/Zales, PO Box 182120, Columbus, OH 43218-2120 |
| 5193209 | + | Email/PDF: creditonebknotifications@resurgent.com | May 03 2024 18:43:12 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5193218 | + | Email/Text: PBNCNotifications@peritusservices.com | May 03 2024 18:32:00 | Kohls/Capital One, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 5193222 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recipient # | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5197339 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2024 18:43:06 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 5197101 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2024 18:43:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| | | | May 03 2024 18:43:05 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 5193220 | + | Email/Text: billing@lehightonambulance.org | May 03 2024 18:32:00 | Lehighton Ambulance Association, Inc, PO Box 82, 516 Iron St.,, Lehighton, PA 18235-1913 |
| 5193223 | + | Email/Text: bankruptcy@marinerfinance.com | May 03 2024 18:32:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5193225 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 03 2024 18:43:05 | Merrick Bank, 10705 S. Jordan Gateway, Ste. 200, South Jordan, UT 84095-3977 |
| 5193226 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 03 2024 18:32:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 5193227 | + | Email/Text: Bankruptcies@nragroup.com | May 03 2024 18:32:00 | National Recovery Agency, 2491 Paxton St., Harrisburg, PA 17111-1036 |
| 5214623 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 03 2024 18:32:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 5193229 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 03 2024 18:43:11 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 5220455 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 03 2024 18:43:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5193217 | | Email/Text: signed.order@pfwattorneys.com | May 03 2024 18:32:00 | Ian Zev Winograd, Esquire, Pressler Felt and Warshaw LLP, 7 Entin Rd.,, Parsippany, NJ 07054 |
| 5193232 | + | Email/Text: ngisupport@radiusgs.com | May 03 2024 18:32:00 | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 5193237 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 03 2024 18:43:05 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 5196951 | + | Email/Text: enotifications@santanderconsumerusa.com | May 03 2024 18:32:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 5540747 | + | Email/Text: enotifications@santanderconsumerusa.com | May 03 2024 18:32:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5193233 | + | Email/Text: bankruptcy@sccompanies.com | May 03 2024 18:32:00 | Seventh Avenue, 1112 7th Ave.,, Monroe, WI 53566-1364 |
| 5193234 | ^ | MEBN | May 03 2024 18:30:51 | St. Lukes University Health Network, 801 Ostrum St.,, Bethlehem, PA 18015-1000 |
| 5193828 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 03 2024 18:43:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5193238 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 03 2024 18:32:00 | Toyota Financial Services, 5005 N River Blvd NE, Cedar Rapids, IA 52411-6634 |
| 5208046 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 03 2024 18:32:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5193239 | + | Email/Text: bnc-bluestem@quantum3group.com | May 03 2024 18:32:00 | Webbank/Fingerhut, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5233543 |  | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, Texas |
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5193206 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5193205 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5207578 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5193210 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5193212 | *+ | Eastern Revenue Inc, PO Box 185, Southeastern, PA 19399-0185 |
| 5193214 | *+ | Gnaden Huetten Hospital, 211 N 12th St.,, Lehighton, PA 18235-1138 |
| 5193215 | *+ | Gnaden Huetten Hospital, 211 N 12th St.,, Lehighton, PA 18235-1138 |
| 5193216 | *+ | Gnaden Huetten Hospital, 211 N 12th St.,, Lehighton, PA 18235-1138 |
| 5193219 | *+ | Kohls/Capital One, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 5214891 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5193228 | *+ | National Recovery Agency, 2491 Paxton St., Harrisburg, PA 17111-1036 |
| 5193230 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 5193235 | *+ | St. Lukes University Health Network, 801 Ostrum St.,, Bethlehem, PA 18015-1000 |
| 5193211 | ##+ | Eastern Revenue Inc, PO Box 185, Southeastern, PA 19399-0185 |

TOTAL: 1 Undeliverable, 14 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2024              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| Alyk L Oflazian | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com  cistewart@logs.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| Jason M Rapa | on behalf of Debtor 1 Daniel John McLean  Jr. jrapa@rapalegal.com, secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com;reception@rapalegal.com |
| Jason M Rapa | on behalf of Debtor 2 Tanya Lynn McLean jrapa@rapalegal.com secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com;reception@rapalegal.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| Kristen D Little |  |

|  |  |
|---|---|
|  | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM |
| Mario J. Hanyon | |
|  | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | |
|  | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfmail@mwc-law.com |
| Michael Patrick Farrington | |
|  | on behalf of Creditor Toyota Lease Trust mfarrington@kmllawgroup.com |
| United States Trustee | |
|  | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | |
|  | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Daniel John McLean, Jr.
aka Daniel J. McLean, Jr.

Chapter: 13

Debtor 1 | Case No.: 5:19-bk-01880-MJC

Tanya Lynn McLean
aka Tanya Lynn Hosier
aka Tonya L. Hosier
aka Tanya L. McLean

Debtor 2

Jack N Zaharopoulos (Trustee)

vs. Movant(s)

Daniel John McLean, Jr.
Tanya Lynn McLean

Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: May 3, 2024

Order Dismissing Case with Parties - Revised 9/17